

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00408-CV

———————————————

KEVIN ALLISON, Appellant

V.

RANDAL POIRIER, INDIVIDUALLY AND AS A DERIVATIVE PLAINTIFF ON
BEHALF OF BAREHIDE RANCH, INC., Appellees

---

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CV21-1755

---

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the "Joint Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 12, 2023